UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 1:25-cv-02348-ENV-JRC

APRIL LI,
*individually and on behalf of all others similarly situated*

    Plaintiff,
vs.

STOCKX LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff APRIL LI, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice in the above-styled action.

DATED: June 4, 2025

                                              Respectfully Submitted,

                                              /s/ Zane C. Hedaya
                                              **ZANE C. HEDAYA, ESQ.**
                                              New York Bar No.: 6135339
                                              E-mail: zane@jibraellaw.com
                                              The Law Offices of Jibrael S. Hindi
                                              1515 NE 26th Street
                                              Wilton Manors, Florida 33305
                                              Phone: 813-340-8838

                                              *COUNSEL FOR PLAINTIFF*

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 6/5/2025

/s/ Eric N. Vitaliano
_____
**Eric N. Vitaliano**
**United States District Judge**

*The Clerk of Court is directed to close this case.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339